■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND SANFORD, Appellant. [13 NYS3d 412]—

Order, Supreme Court, New York County (Robert M. Mandelbaum, J.), entered September 16, 2013, which adjudicated defendant a level two sex offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The People presented clear and convincing evidence supporting the assessment of 20 points under the risk factor for number of victims (*see People v Mingo*, 12 NY3d 563 [2009]). Defendant's plea covered similar and related conduct committed against at least one additional victim, which supported the

hearing court's finding that there were two victims for purposes of this risk factor. The additional conduct was uncharged, but was reflected in a reliable police report (*see People v Epstein*, 89 AD3d 570 [1st Dept 2011]; *People v Johnson*, 77 AD3d 548 [1st Dept 2010], *lv denied* 16 NY3d 705 [2011]).

The court providently exercised its discretion in declining to grant a downward departure to level one, since the alleged mitigating factors were outweighed by, among other things, defendant's repeated acts of subjecting women who lived in his building to sexual contact, and his extensive criminal record (*see generally People v Gillotti*, 23 NY3d 841, 861 [2014]). Concur—Gonzalez, P.J., Friedman, Renwick, Moskowitz and Clark, JJ.